## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ELEANOR REGINELLI AND ORLANDO REGINELLI | : | No. 39 WAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCELLUS BOGGS, M.D., AND MONONGAHELA VALLEY HOSPITAL, INC. AND UPMC EMERGENCY MEDICINE, INC.,  D/B/A EMERGENCY RESOURCE MANAGEMENT, INC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MONONGAHELA VALLEY HOSPITAL, INC. | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of July, 2016, the Petitions for Allowance of Appeal are

**GRANTED**, limited to the following issues, as stated by petitioners:

1.  Whether the Superior Court erred by holding an outside medical provider's peer review proceedings regarding its employees who staff a hospital's Emergency Department under a contract with that hospital are not entitled to protection from disclosure under the Pennsylvania Peer Review Protection Act?

2.  Whether the sharing of peer review records by a third-party medical provider that operates a hospital's Emergency Department with the administration of that hospital constitutes a waiver of peer review protection as to those records?

3.  Whether a hospital that contracts with a third-party medical provider to operate the hospital's Emergency Department may claim protection under the Peer Review Protection Act for records of peer review proceedings

conducted by the medical provider regarding its employees who staff the hospital's Emergency Department?

These matters are to be listed for argument with the petitions granted at 40, 41 & 42 WAL 2016.